TOMOSS SKZYPEK, as Administrator of the Estate of MARY SKZYPEK, Deceased, Respondent, *v.* LONG ISLAND RAIL ROAD COMPANY, Appellant.

Argued June 8, 1937; decided July 13, 1937.

*Ralph E. Hemstreet, William McNamara* and *Louis J. Carruthers* for appellant.

*Arthur K. Wing* and *James G. Purdy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.